AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**LARRY DREW APFEL,**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-6276-Seltzer<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 1, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1542 | The defendant, LARRY DREW APFEL, on or about June 1, 2019, did willfully and knowingly use and attempt to use, and furnish to another for use any passport the issue of which was secured in any way by reason of any false statement, in violation of Title 18, United States Code, Section 1542. |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Robinson, DSS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 3, 2019

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Robinson, having been duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a criminal complaint charging LARRY DREW APFEL with a violation of Title 18, United States Code, Section 1542, that is, willfully and knowingly using and attempting to use, and furnish to another for use any passport the issue of which was secured in any way by reason of any false statement.

2. I am a Special Agent of the United States Department of State, Bureau of Diplomatic Security, Diplomatic Security Service (DSS) and have been so employed since July 2018. Since February 2019, I have been assigned to the Miami Field Office. I was previously assigned to DSS Headquarters. Currently, my duties and responsibilities include conducting investigations into criminal violations of the laws of the United States related to passports, visas, and other travel documents used to transit international borders. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I received additional training in criminal investigations at the Diplomatic Security Training Center. Prior to becoming a DSS Special Agent, I was a military police officer for the United States Navy from 2003-2009.

3. The information in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is for the limited purpose of establishing probable cause. It is not a complete statement of all the facts related to this case.

4. On or about October 31, 2012, a DS-82 application #253441663 for a United States Passport renewal was submitted to the United States Department of State. The applicant identified himself as Scott Duane Schreiber; with a year of birth of 1963; the place of birth of New Hampshire; and provided a matching social security number. As proof of identity and citizenship, the applicant submitted a photograph with his likeness and the following documents utilizing Schreiber's aforementioned personally identifying information: a previously issued United States passport (#207207309), a California issued driver's license (#F1782741), and a social security card. The applicant signed the form under penalty of perjury stating that the personal identifying information and all supporting documentation was his own. Additionally, the applicant provided an emergency contact of "Gary Apfel" in the emergency contact field. As a result of this application, a U.S. passport #498133837 was issued in the identity of Schreiber.

5. On or about February 15, 2019, DS-82 #253441663 was re-opened by the National Passport Center/ Fraud Prevention Manager as a result of a post issuance fraud review based on the following fraud indicators: late issuance of the social security number, a death record identified via open source searches indicating Schreiber died at the age of five months old. In light of this information, this application was forwarded to DSS' San Francisco Field Office for further investigation.

6. On or around February 20, 2019, thumbprints in Schreiber's identity were submitted to the Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) Biometric Support Center for comparison with their databases. This thumbprint comparison determined that the thumbprints were associated with APFEL, assigned FBI #806813CA0.

7. A records search determined that in October of 1988, APFEL had acquired United States Passport #100299733. A comparison of the image of APFEL from the United States Passport #100299733 and the individual associated with the passport in Schreiber's name appeared to depict the same person consistent with the aging process.

8. On or about May 30, 2019, DSS agents became aware that the U.S. passport in Schreiber's name had been utilized in association with a foreign international flight reservation scheduled to depart the Fort Lauderdale Hollywood International Airport (FLL) on June 1, 2019.

9. On June 1, 2019, Your Affiant conducted surveillance at Hollywood-Fort Lauderdale International Airport and observed APFEL at the boarding area. APFEL presented the United States Passport in Schreiber's name to a JetBlue gate agent to comply with international travel document requirements in order to board the flight to Mexico City, Mexico. Your Affiant then approached APFEL, and asked him to state his name. APFEL identified himself as Schreiber.

10. Post-*Miranda*, APFEL stated, among other things, that he began to use the Schreiber identity after his arrest and sentencing for the felony crime of aggravated battery in Broward County in the 1980s; he admitted to having acquired the birth certificate of Schreiber, whom he knew to be a deceased infant from New Hampshire, and utilizing this birth certificate to acquire a social security card, United States passports, and a merchant mariner card. APFEL stated that he had never changed his name via a legal process.

11. Based on the information contained in this affidavit, Your Affiant submits that there is probable cause for the issuance of a criminal complaint charging LARRY DREW APFEL with a violation of Title 18, United States Code, Section 1542, that is, willfully and knowingly using and

attempting to use, and furnish to another for use any passport the issue of which was secured in any way by reason of any false statement.

**FURTHER AFFIANT SAYETH NAUGHT**

Daniel Robinson
Special Agent
Diplomatic Security Service

Sworn and subscribed before me this
3rd day of June 2019

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

UNITED STATES OF AMERICA

vs.

LARRY DREW APFEL,

      **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   \_\_\_\_\_ Yes   \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   \_\_\_\_\_ Yes   \_\_X\_\_ No

                                              Respectfully submitted,

                                              ARIANA FAJARDO ORSHAN
                                              UNITED STATES ATTORNEY

BY:   _____
            KAREN O. STEWART
            ASSISTANT UNITED STATES ATTORNEY
            Florida Bar No.0691011
            500 E. Broward Boulevard, Suite 700
            Fort Lauderdale, Florida 33394
            TEL (954) 660-5798
            FAX (954) 356-7255